

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MYERS C. THURMAN      CIVIL ACTION
a/k/a Mike Thurman

VERSUS     NO. 00-227

TRANSOCEAN SEDCO FOREX, INC.     SECTION "K"(5)

## ORDER

Having come to the court's attention that the above-styled case is related to:

*Myers C. Thurman v. Transocean Sedco Forex, Inc.*, C.A. No. 00-191 "K"(5),

**IT IS ORDERED** that this case is hereby **CONSOLIDATED** with *Myers C. Thurman v. Transocean Sedco Forex, Inc.*, C.A. No. 00-191 "K"(5), the lower-numbered case, which is hereby designated as the "lead case."

Pursuant to the court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead case together with **only the docket number** of all cases within the consolidated to which the document applies or the notation "All Cases" if it applies to all cases.

The clerk of court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

DATE OF ENTRY FEB 18 2000

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate documents necessary to the continued litigation of the case and to file such designation and copies of the documents.

New Orleans, Louisiana, this 16 day of February, 2000.

                                                STANWOOD R. DUVAL, JR.
                                                UNITED STATES DISTRICT JUDGE