FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP -7  AM 10: 29

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**DUVAL, J.**
**August 25, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MYERS C. THURMAN**<br>**A/K/A MIKE THURMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-191** |
| **TRANSOCEAN SEDDO FOREX, INC.** | **SECTION "K"(5)** |

Attending a telephonic status conference held this day were:

Harvey Lewis for plaintiff and
Charles E. Weaver for defendant.

The Court inquired into the status of the case and was informed that there are no discovery problems. It was represented to the Court that the parties are cooperating and that no <u>Daubert</u> motions are anticipated. Counsel indicated they would be prepared for trial on February 12, 2001 which trial date the Court intends to enforce.

DATE OF ENTRY
SEP 0 7 2000

___Fee____
___Process__
X_Dktd_____
___CtRmDep__
   Doc.No.__14__