FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 16 AM 10: 11

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
OCTOBER 13, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. ("MIKE") THURMAN | CIVIL ACTION |
| VERSUS | NUMBER: 00-0191 c/w 00-0227 |
| TRANSOCEAN SEDCO FOREX, INC. | SECTION: "K"(5) |

Oral argument on Plaintiff's Motion to Compel will be conducted on November 1, 2000 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 1 6 2000

Fee____
Process____
X /Dktd____
CtRmDep____
Doc.No.____