```
                                            FILED
                                      U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2000 NOV -2 AM 9:31

                                        LORETTA G. WHYTE
                                             CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 1, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. "MIKE" THURMAN | CIVIL ACTION |
| VERSUS | NUMBER:  00-191<br>c/w        00-227 |
| TRANSOCEAN SEDCO FOREX, INC., FORMERLY TRANSOCEAN OFFSHORE | SECTION: "K"(5) |

### HEARING ON MOTION

APPEARANCES:   Harvey Lewis, Tim Cerniglia

MOTION:

(1) Plaintiff's Motion to Compel

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
NOV 0 2 2000

<u>ORDERED</u>

_____ :  Dismissed as moot.

_____ :  Dismissed for failure of counsel to appear.

___1__ :  Granted. Defendant is to produce the Social Security Number of Trina Allison to Mr. Lewis to be used by <u>him only</u> to locate Ms. Allison for purposes of serving her with a subpoena in this case.

_____ :  Denied.

_____ :  Other.


                                              ALMA L. CHASEZ
                                 UNITED STATES MAGISTRATE JUDGE