FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 DEC 18 AM 11:21

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 14, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. THURMAN | CIVIL ACTION |
| VERSUS | NUMBER: 00-191 |
| TRANSOCEAN SEDCO FOREX, INC., ET AL. | SECTION: "K"(5) |

A settlement conference in the above matter is hereby **SCHEDULED** for January 19, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 18 2000

