FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 12 PM 2: 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYERS C. (MIKE) THURMAN | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO. 00-0191 c/w 00-0227 |
| VERSUS | * | |
| | * | SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC., | * | |
| formerly TRANSOCEAN OFFSHORE INC. | * | MAG. "5" |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL WITNESS LIST

Now through undersigned counsel, comes Transocean Offshore Ventures Inc. (hereinafter "Transocean"), who hereby submits the following supplemental list of witnesses it may call at the trial of this matter:

A.  **WITNESS LIST**

   1. Ricky Cooper

   2. Charles C. Taggart

   3. Jim E. Evans

___ Fee
___ Process
_X_ Dkt
___ CtRmDep
Doc. No. 29

Respectfully submitted,

BY: *Edie Cagnolatti*
_____
TIMOTHY W. CERNIGLIA, T.A. (Bar #3964)
EDIE M. CAGNOLATTI (Bar #25603)
Sharp, Henry, Cerniglia, Colvin & Weaver
2117 World Trade Center
#2 Canal Street
New Orleans, LA  70130
Telephone:  (504)586-1555
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record, via United States mail, properly addressed, postage prepaid, this 12th day of January, 2001.

*Edie Cagnolatti*
_____