FILED
U.S. DISTRICT COURT

JAN 16  12 59 PM '01

LORE...
  CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. (MIKE) THURMAN<br>Plaintiff | * CIVIL ACTION<br>*<br>* NO. 00-0191 c/w 00-0227 |
| VERSUS | *<br>* SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC.,<br>formerly TRANSOCEAN OFFSHORE INC.<br>Defendants | *<br>* MAG. "5"<br>*<br>* |

* * * * * * * * * * * * * * * * * * *

### THIRD SUPPLEMENTAL WITNESS LIST

Now through undersigned counsel, comes Transocean Offshore Ventures Inc. (hereinafter "Transocean"), who hereby submits the following supplemental list of witnesses it may call at the trial of this matter:

A.   WITNESS LIST

   1.   Dennis E. Swanson



Respectfully submitted,

BY: *Edie Cagnolatti*
TIMOTHY W. CERNIGLIA, T.A. (Bar #3964)
EDIE M. CAGNOLATTI (Bar #25603)
Sharp, Henry, Cerniglia, Colvin & Weaver
2117 World Trade Center
#2 Canal Street
New Orleans, LA  70130
Telephone: (504)586-1555
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record, via United States mail, properly addressed, postage prepaid, this 16th day of January, 2001.

*Edie Cagnolatti*

2