

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. ("MIKE") THURMAN<br>Plaintiff | CIVIL ACTION |
| VERSUS | NO. 00-0191 c/w 00-0227 |
| TRANSOCEAN SEDCO FOREX, INC.<br>formerly, TRANSOCEAN<br>OFFSHORE, INC.<br>Defendants | SECTION: "K"   MAG. "5"<br><br>RULE 9(h) Proceeding |

### SUPPLEMENTAL WITNESS LIST

NOW INTO COURT comes plaintiff, **MYERS C. ("MIKE") THURMAN**, through undersigned counsel, and submits the following list of witnesses who may be called to testify at the trial of this matter:

1) Charles Taggart
   (To be provided)

2) Jim Evans
   (To be provided)

3) Dennis Swanson
   (To be provided)

F:\Monique\OFFICE\FILES\HJL\Thurman\witness2.wpd

1



4)   Any other witness listed by any other party.

Plaintiff reserves his right to amend and/or supplement this witness list at a later date.

Respectfully submitted:

LEWIS, KULLMAN & STERBCOW

BY: ___*Harvey J. Lewis*___
HARVEY J. LEWIS (No. 8840)
Pan-American Life Center
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504)588-1500
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___17th___ day of **January 2001**, served a copy of the above and foregoing pleading on all parties to this proceeding by placing the same in the U.S. mail, properly address, with first-class postage prepaid.

___*Harvey J. Lewis*___