FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 18 PM 3: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. ("MIKE") THURMAN<br>Plaintiff | CIVIL ACTION |
| VERSUS | NO. 00-0191 c/w 00-0227 |
| TRANSOCEAN SEDCO FOREX, INC.<br>formerly, TRANSOCEAN<br>OFFSHORE, INC. | SECTION: "K"   MAG. "5" |
| Defendants | RULE 9(h) Proceeding |

SUPPLEMENTAL EXHIBIT LIST

NOW INTO COURT comes plaintiff, MYERS C. ("MIKE") THURMAN, through undersigned counsel, and submits the following the following list of exhibits which may be used at the trial of this matter:

1) Subsea logs for the *RICHARDSON* for August 1999

2) Plaintiff's tally book

3) 1993 Accident Report

4) Petroleum Helicopters, Inc.'s Daily Flight Sheet (8/21/99 & 8/22/99)

5) Any and all exhibits submitted by any other party in this matter.

F \Monique\OFFICE\FILES\HJL\Thurman\exhibit lst2 wpd

1

Plaintiff reserves his right to amend and/or supplement this exhibit list at a later date.

Respectfully submitted:

LEWIS, KULLMAN & STERBCOW

BY: _____
HARVEY J. LEWIS (No. 8840)
Pan-American Life Center
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504)588-1500
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __17th__ day of **January 2001**, served a copy of the above and foregoing pleading on all parties to this proceeding by placing the same in the U.S. mail, properly address, with first-class postage prepaid.

_____
HARVEY J. LEWIS, T.A.