

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYERS C. (MIKE) THURMAN | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO. 00-0191 c/w 00-0227 |
| VERSUS | * | |
| | * | SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC., | * | |
| formerly TRANSOCEAN OFFSHORE INC. | * | MAG. "5" |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Transocean Offshore Ventures Inc (hereinafter "Transocean"), who herewith moves this Honorable Court for an order permitting Michael Reese Davis of the firm of Sharp, Henry, Cerniglia, Colvin & Weaver, to be added as additional counsel and trial attorney for Transocean. Counsel represents to this Honorable Court that the client, Transocean, has been advised of this and consents to the addition moved for herein; and further, that such addition of counsel will not affect any deadlines or the trial date set herein.

DATE OF ENTRY
JAN 1 9 2001



Respectfully Submitted,

SHARP, HENRY, CERNIGLIA
COLVIN & WEAVER, L.L.C.

BY: _____
*Edie Cagnolatti*
TIMOTHY W. CERNIGLIA (#3964)
MICHAEL REESE DAVIS (#17528)
EDIE M. CAGNOLATTI (Bar #25603)
2117 World Trade Center
#2 Canal Street
New Orleans, LA 70130
Telephone: (504) 586-1555

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via United States mail, postage prepaid, properly addressed, this 12th day of January 2001.

_____
*Edie Cagnolatti*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYERS C. (MIKE) THURMAN | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO. 00-0191 c/w 00-0227 |
| VERSUS | * | |
| | * | SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC., | * | |
| formerly TRANSOCEAN OFFSHORE INC. | * | MAG. "5" |
| Defendants | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *
*

## ORDER

CONSIDERING THE FOREGOING MOTION:

IT IS HEREBY ORDERED that the motion of Transocean, to permit Michael Reese Davis of the firm of Sharp, Henry, Cerniglia, Colvin & Weaver, to be added as additional counsel and trial attorney for Transocean, has been considered, and is hereby GRANTED.

New Orleans, Louisiana, this 18th day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE

3