

MINUTE ENTRY
CHASEZ, M.J.
JANUARY 19, 2001

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. THURMAN | CIVIL ACTION |
| VERSUS | NUMBER: 00-191 |
| TRANSOCEAN SEDCO FOREX, INC., ET AL. | SECTION: "K"(5) |

    A settlement conference was conducted in the above matter this date.

    PRESENT:  Tim Cerniglia
                 Mike Davis
                 H. J. Lewis

    There will be a further settlement conference herein on February 1, 2001 at 10:00 a.m. before the undersigned with the plaintiff and Mr. Perry Hamburger in personal attendance.

                                               ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JAN 2 2 2001

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
Doc.No. 38