```
            FILED
       U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2001 JAN 30 PM 2:08

       LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. (MIKE) THURMAN<br>Plaintiff | * CIVIL ACTION<br>*<br>* NO. 00-0191 c/w 00-0227 |
| VERSUS | *<br>* SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC.,<br>formerly TRANSOCEAN OFFSHORE INC.<br>Defendants | *<br>* MAG. "5"<br>*<br>* |

* * * * * * * * * * * * * * * * * * *

### FOURTH SUPPLEMENTAL WITNESS LIST

Now through undersigned counsel, comes Transocean Offshore Ventures Inc. (hereinafter "Transocean"), who hereby submits the following supplemental list of witnesses it may call at the trial of this matter:

A.  **WITNESS LIST**

1.  Joe Jamierson - 4 Greenway Plaza, Houston, TX 77046

    Rebuttal witness - testimony to rebut plaintiff, Mike Thurman's claim that he was requested by Joe Jamierson to come to work on the *Richardson* because of his expertise.



```
___Fee_____
___Process__
_X_Dktd_____
___CtRmDep__
Doc.No._____
```

Respectfully submitted,

BY: *Edie Cagnolatti*

TIMOTHY W. CERNIGLIA, T.A. (Bar #3964)
EDIE M. CAGNOLATTI (Bar #25603)
Sharp, Henry, Cerniglia, Colvin & Weaver
2117 World Trade Center
#2 Canal Street
New Orleans, LA 70130
Telephone: (504)586-1555
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record, via United States mail, properly addressed, postage prepaid, this 29th day of January, 2001.

*Edie Cagnolatti*