RECEIVED
FEB - 2 2001
CHAMBERS OF
U.S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 FEB -2 PM 3: 36
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. (MIKE) THURMAN<br>Plaintiff | * CIVIL ACTION<br>* |
| | * NO. 00-0191 c/w 00-0227 |
| VERSUS | * |
| | * SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC.,<br>formerly TRANSOCEAN OFFSHORE INC.<br>Defendants | * MAG. "5"<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED PRE-TRIAL ORDER

## 10 B.  LIST OF EXHIBITS TO BE INTRODUCED BY DEFENDANT

(1)    IADC Reports and Morning Reports for the Semi Submersible the *Richardson* for the

dates of:

July 1, 1998 through July 7, 1998;
July 21, 1998 through July 31, 1998;
August 1, 1998 through August 5, 1998;
August 12, 1998 through August 26, 1998;
September 1, 1998 through September 4, 1998;
September 17, 1998 through September 30, 1998;
October 6, 1998 through October 20, 1998
November 3, 1998 through November 17, 1998
December 01, 1998 through December 15, 1998
December 29, 1998 through January 13, 1999;
January 10, 1999 through January 13, 1999,

_____ r/ee _____
_____ Process _____
X / Dktd _____
_____ CtRmDep _____
Doc.No. _____

January 27, 1999 through January 28, 1999,
March 28, 1999 through March 31, 1999;
May 18, 1999 through May 20, 1999;
July 13, 1999 through July 14, 1999,
August 1, 1999 through August 31, 1999

(2)    Monthly Rig Treatment Logs for the *Richardson* for Month of June, July and August 1999;

(3)    O.I.M. Log for the *Richardson* for August 18 through 23, 1999;

(4)    a.    Ballast Control Officer's Log for the *Richardson* for August 21, 1999;

            b.    Ballast Control Officer's Log for the *Richardson* for September 17 - 18, 1998

(5)    Sub Sea Engineer Log for the month of August, 1999;

(6)    Daily Flight Sheets, Load Manifest and Passenger List of Petroleum Helicopters, Inc. for the date of August 21, 1999;

(7)    Records of Unocal, Inc., (Spirit Energy) of any personnel or passenger list for transportation on August 21, 1999 from the *Richardson*;

(8)    Personnel on Board and Arrival and Departure Logs for the *Richardson* for August 18, 1999 through August 23, 1999;

(9)    Surrounding documents for incident or injury in February 1993;

(10)    First Report of Injury and related records for injury of May 17, 1993;

(11)    All correspondence, email, and notes of telephone conversations between plaintiff and Perry Hamburger, Karen Cothran, or any other Transocean employee or representative;

(12)    Plaintiff's personnel file with Transocean;

(13)    All of the following medical records, irrespective of whose individual records they may appear:

            A.    Medical Records of John Logan, M.D. in its entirety;

B.    Medical Records of Dr. Michael Molleston:

      a.)    Radiology report dated 2/14/00;
      b.)    Correspondence from Dr. Molleston to T. Allison dated 9/18/96;
      c.)    X-ray report dated 2/28/96;
      d.)    Operative report dated 3/13/00;
      e.)    Office notes dated 11/3/99;
      f.)    Office notes dated 09/29/99;
      g.)    Certificate to Return to Work of School dated 9/1/99;
      h.)    Office notes dated 08/30/99;
      i)    Correspondence from Dr. Molleston to T. Allison dated 5/13/98;
      j.)    Office notes dated 8/11/97;
      k.)    Office notes dated 4/11/97;
      l.)    Correspondence from Dr. Molleston to T. Allison dated 9/18/96;
      m.)    Office notes dated 3/25/96; and
      n.)    Correspondence from Dr. Molleston to Dr. Line dated 1/8/96
      o.)    Correspondence from Dr. Molleston's office to K. Cothran dated 9-16-99

C.    Medical Records of Gulf States Rehabilitation Associates:

      a.)    Correspondence from Dr. Knight to T. Allison dated 4/21/99

D.    Medical Records of Wesley Medical Center:

      a.)    Condition of Admission signed by M. Thurman on 12/29/??;
      b.)    Radiology report dated 12/29/98

E.    Medical Records of Open MRI:

      a.)    Screening form

F.    Medical Records of Neurology and Sleep:

      a.)    Correspondence from Dr. S. Ganji to Dr. Sabatier dated 3/18/99; and
      b.)    History and Physical notes dated 3/18/99

G.    Medical Records of Work Well:

      a.)    Injured Worker Treatment Report dated 2/17/99

H.    Medical Records of Dr. Richard Sabatier:

    a.)    Facsimile from Dr. R. Sabatier to K. Cothran dated 3/19/99;
    b.)    Facsimile from Dr. R. Sabatier to K. Cothran dated 4/20/99;
    c.)    Progress notes dated 3/10/99;
    d.)    Office notes from Dr. Molleston dated 4/30/98;
    e.)    Office notes from Dr. Molleston dated 11/30/98;
    f.)    Correspondence from Dr. Molleston to T. Allison dated 8/13/97;

14.    Correspondence between plaintiff's counsel and Transocean;

15.    Transocean's Voluntary Compensation Plan signed by plaintiff;

16.    Any and all exhibits and attachments to depositions herein;

17.    Answers to discovery by all the parties herein;

18.    Photographs and/or diagrams of plaintiff's work area on board the RICHARDSON;

19.    Plaintiff's deposition (for impeachment purposes only)

20.    Monthly Rig Treatment Logs for the RICHARDSON for Month of June, July and
August, 1999;

21.    Handwritten procedure for pulling the risers;

22.    Daily Drilling Report of August 21, 1999;

23.    Summary of attendance records of Sub Sea Engineers from 7/1/98 through 12/31/98;

24.    Summary of attendance records of Sub Sea Engineers from 1/1/99 through 9/31/99.

4

Respectfully submitted,

SHARP, HENRY, CERNIGLIA
COLVIN & WEAVER

Timothy W. Cerniglia, (#3964)
Michael Reese Davis (#17528)
2117 World Trade Center
#2 Canal Street
New Orleans, LA 70130
(504) 586-1555
Attorneys for Transocean

5