FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -6  PM 12: 53

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 1, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MYERS C. THURMAN                              CIVIL ACTION

VERSUS                                        NUMBER: 00-191

TRANSOCEAN SEDCO FOREX, INC., ET AL.          SECTION: "K"(5)


A settlement conference was conducted in the above matter this date.

   PRESENT:  Tim Cerniglia
             H. J. Lewis

Counsel were advised to relay the comments of the Magistrate Judge to their respective clients.

                                    _____
                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE


DATE OF ENTRY
FEB 0 6 2001