```
          FILED
     U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

     2001 FEB 23  AM 10:24

        LORETTA G. WHYTE
             CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 20, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. ("MIKE") THURMAN | CIVIL ACTION |
| VERSUS | NUMBER: 00-191 c/w 00-227 |
| TRANSOCEAN SEDCO FOREX, INC. | SECTION: "K"(5) |

Oral argument on Plaintiff's Motion for Leave to File Supplemental and Amending Complaint will be conducted on March 14, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
FEB 23 2001

Fee ____
Process ____
X Dktd ____
✓ CtRmDep ____
Doc.No. 52