

```
                                                    FILED
                                            U.S. DISTRICT COURT
                                           EASTERN DISTRICT OF LA

                                            2001 MAR 13 AM 10: 45

                                             LORETTA G. WHYTE
                                                  CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 12, 2001

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

MYERS C. ("MIKE") THURMAN            CIVIL ACTION

VERSUS                                NUMBER:   00-191
                                       c/w       00-227

TRANSOCEAN SEDCO FOREX, INC.        SECTION: "K"(5)


<u>HEARING ON MOTION</u>

APPEARANCES:

MOTION:

(1) Plaintiff's Motion for Leave to File Supplemental and Amending Complaint (scheduled for hearing on March 14, 2001).

   <u>1</u>   :   Continued to March 20, 2001 at 11:00 a.m.

  _____:   No Opposition

  _____:   Opposition

  _____:   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
MAR 13 2001

Fee_____
Process\_\_\_\_
X Dktd\_\_\_\_\_
\_ CtRmDep\_\_
Doc.No.\_53\_

<u>ORDERED</u>

_____: Dismissed as moot.

_____: Dismissed for failure of counsel to appear.

_____: Granted.

_____: Denied.

_____: Other.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE