```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2001 MAR 28  PM 3:30

                                     LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 20, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. ("MIKE") THURMAN | CIVIL ACTION |
| VERSUS | NUMBER:  00-191 |
| | c/w       00-227 |
| TRANSOCEAN SEDCO FOREX, INC. | SECTION: "K"(5) |

### HEARING ON MOTION

APPEARANCES:   Harvey Lewis, Tim Cerniglia

MOTION:

(1) Plaintiff's Motion for Leave to File Supplemental and Amending Complaint.

_____ :   Continued to

_____ :   No Opposition

\_\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

DATE OF ENTRY
MAR 29 2001

Fee\_\_\_\_\_
Process\_\_\_\_
X  Dktd
\_\_\_ CtRmDep
\_\_\_ Doc#

55

## ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

___1___ : Other. The hearing is continued until April 2, 2001 at 3:00 p.m. at which time a settlement conference will go forward.

```
                                    /s/ ALC
                                 _____
                                    ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE
```