

MINUTE ENTRY
CHASEZ, M.J.
APRIL 2, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MYERS C. ("MIKE") THURMAN          CIVIL ACTION

VERSUS          NUMBER: 00-191
         c/w      00-227

TRANSOCEAN SEDCO FOREX, INC.          SECTION: "K"(5)


HEARING ON MOTION


APPEARANCES:   Harvey Lewis, Tim Cerniglia

MOTION:

(1)   Plaintiff's Motion for Leave to File Supplemental and Amending Complaint.

_____: Continued to

_____: No Opposition

\_\_1\_\_: Opposition

_____: Local Rules 37.1E, 33.2, 36.1, 7.1E


DATE OF ENTRY
APR 0 3 2001

## ORDERED

__1__ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

_____ : Other.

*alc*

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2