```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2001 APR -3  PM 5: 00

                              LORETTA G. WHYTE
                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. ("MIKE") THURMAN | CIVIL ACTION |
| VERSUS | NUMBER: 00-191 c/w 00-227 |
| TRANSOCEAN SEDCO FOREX, INC. | SECTION: "K"(5) |

## ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties, that the above matter has settled; Accordingly,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause within 60 days to reopen the action if settlement is not consummated.

The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 3rd day of April, 2001.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 0 4 2001