

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MYERS C. ("MIKE") THURMAN<br>Plaintiff | CIVIL ACTION<br>NO. 00-0191 c/w 00-0227 |
| VERSUS | |
| TRANSOCEAN SEDCO FOREX, INC.<br>formerly, TRANSOCEAN<br>OFFSHORE, INC.<br>Defendants | SECTION "K"<br>MAG. "5"<br><br>RULE 9(h) Proceeding |

### MOTION TO APPEAR AS CO-COUNSEL

COMES NOW Harvey J. Lewis, attorney for Plaintiff herein, Myers C. ("Mike") Thurman, and would, with respect, show unto this Honorable Court the following facts, to-wit:

1.

That on the 20th day of January, 2000, mover filed the above-captioned action; and that mover desires that Joseph H. Montgomery, a member in good standing of the Bar of the highest court for the State of Mississippi, be permitted to appear and participate as co-counsel in the above-captioned action.

2.

That mover attaches hereto a certificate of the Supreme Court of Mississippi, the highest court of the State of Mississippi, showing that the applicant attorney, Joseph H. Montgomery, was duly and legally admitted to practice law before the said Court on August 17, 1966, and is now an attorney in good standing of the Bar of said Court.

DATE OF ENTRY
APR 0 5 2001

3.

That mover attaches hereto an affidavit of applicant attorney, Joseph H. Montgomery, stating that no disciplinary proceedings or criminal charges have been instituted against him.

WHEREFORE, mover prays for an order permitting Joseph H. Montgomery to appear and participate as co-counsel in the above-captioned matter.

Respectfully submitted,

LEWIS, KULLMAN & STERBCOW

BY: _____
HARVEY J. LEWIS (No. 8840)
2615 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
ATTORNEYS FOR PLAINTIFF

Joseph H. Montgomery
Williams, Williams + Montgomery
109 Erlanger Street
Poplarville, MS 39470
(601) 795-4572

ORDER

Considering the above and foregoing:

IT IS ORDERED that Joseph H. Montgomery, be and he is hereby permitted to appear and participate as co-counsel in the above-captioned matter.

NEW ORLEANS, LOUISIANA, this 4th day of April, A. D., 2001.

_____
JUDGE

## **C E R T I F I C A T E**

I, Harvey J. Lewis, counsel for the plaintiff, do hereby certify that I have this day served a true and correct copy of the foregoing Motion to Appear as Co-Counsel via United States Mail, correctly addressed and postage prepaid to:

>Timothy W. Cerniglia, Esq.
>Sharp, Henry, Cerniglia, Colvin & Weaver, L.L.C.
>2117 World Trade Center
>#2 Canal Street
>New Orleans, LA 70130
>
>Attorney for Defendant, Transocean Sedco Forex, Inc.,
>Formerly Transocean Offshore, Inc.

This, the 2nd day of April, A.D., 2001.

_____
HARVEY J. LEWIS

# The Supreme Court of Mississippi



### Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Joseph H. Montgomery** was duly and legally admitted to practice law before the Supreme Court of Mississippi on August 17, 1966, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on January 18, 2001, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

Betty W. Sephton
CLERK

STATE OF MISSISSIPPI      )
                          )
COUNTY OF PEARL RIVER     )

BEFORE ME, the undersigned authority, personally came and appeared

**JOSEPH H. MONTGOMERY,**

who, after first being duly sworn, did depose and say:

That he is a member in good standing of the Bar of the Supreme Court of the State of Mississippi, and that no disciplinary proceedings or criminal charges have been instituted against him.

_____
JOSEPH H. MONTGOMERY

SWORN TO AND SUBSCRIBED before me, on this, the 29th day of March, A. D., 2001.

_____
NOTARY PUBLIC

My Commission Expires: