FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAY -2 AM 10: 28
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYERS C. (MIKE) THURMAN<br>Plaintiff | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0191 c/w 00-0227 |
| VERSUS | * | |
| | * | SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC.,<br>formerly TRANSOCEAN OFFSHORE INC.<br>Defendants | * | MAG. "5" |

* * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Plaintiff, Myers C. Thurman, and Defendant, Transocean Offshore Ventures Inc., improperly referred to as Transocean Sedco Forex Inc., who hereby show that they have reached an amicable resolution of the claims asserted herein, and do hereby move This Honorable Court to dismiss Plaintiff's claims against Defendant, including any and all claims under the Jones Act and general maritime law, including any claims of unseaworthiness and/or negligence on the part of Defendants and the Transocean Richardson, a semi-submersible drilling vessel, that in any way relate to the claims asserted by Plaintiff herein. Movants request Plaintiff's claims be dismissed with prejudice, each party to bear its own costs.

DATE OF ENTRY
MAY 0 3 2001

Doc.No. 59



Respectfully submitted,

**Lewis, Kullman & Sterbcow**

Harvey J. Lewis, Esq. (#8840)
2615 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130
Attorneys for Plaintiff

**Sharp, Henry, Cerniglia, Colvin, Weaver & Hymel**

Timothy W. Cerniglia (#3364)
Gerald A. Rovelo (#26718)
2117 World Trade Center
#2 Canal Street
New Orleans, LA 70130
(504) 586-1555
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYERS C. (MIKE) THURMAN<br>Plaintiff | * | CIVIL ACTION |
| | * | NO. 00-0191 c/w 00-0227 |
| VERSUS | * | SECTION: "K" |
| TRANSOCEAN SEDCO FOREX INC.,<br>formerly TRANSOCEAN OFFSHORE INC.<br>Defendants | * | MAG. "5" |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:

IT IS HEREBY ORDERED, that the above captioned matter, including any and all claims of Plaintiff, Myers C. Thurman, against Transocean Offshore Ventures Inc., and the Transocean Richardson, a semi-submersible drilling vessel, be and are hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 3rd day of May, 2001.

UNITED STATES DISTRICT JUDGE